## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **GAYLE HYDE, Individually and On Behalf of All Others Similarly Situated,**<br><br>Plaintiff,<br><br>v.<br><br>**QUICKEN LOANS INC.,**<br><br>Defendant. | Case No.:  0:19-cv-00196-JNE-ECW<br><br>**<u>CLASS ACTION</u>**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that plaintiff Gayle Hyde voluntarily dismisses the above-captioned action in its entirety *without* prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: April 1, 2019

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By:  <u>s/ Abbas Kazerouni</u>
Abbas Kazerounian, Esq.
ak@kazlg.com
245 Fischer Avenue, Suite D1
Costs Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
*Pro Hac Vice Attorney for Plaintiff*